Certificate Number: 05781-OR-DE-041206575

Bankruptcy Case Number: 26-31372



05781-OR-DE-041206575

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2026, at 5:49 o'clock PM PDT, Julian Gandar-Thomas completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date:   July 14, 2026

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President